1  **CLAUDIA M. QUINTANA**
   City Attorney, SBN 178613
2  **BY:    KELLY J. TRUJILLO**
   Deputy City Attorney, SBN 244286
3  **CITY OF VALLEJO**, City Hall
   555 Santa Clara Street, P.O. Box 3068
4  Vallejo, CA  94590
   Tel:    (707) 648-4545
5  Fax:    (707) 648-4687

6  Attorneys for Defendants:
   CITY OF VALLEJO, SEAN KENNEY, ERIC JENSEN

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| FREDERICK MARC COOLEY, | Case No. 2:12-CV-00591-AC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL** |
| CITY OF VALLEJO, SEAN KENNEY #620, and ERIC JENSEN #574 | |
| Defendants. | |

   **IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2).  The Parties shall bear their own costs and attorneys' fees in connection with this lawsuit and the negotiation and preparation of this Agreement.

//
//
//
//
//

1

2  DATED: 11/25/13

3
                                KELLY J. TRUJILLO
4                                 Deputy City Attorney
                                Attorney for Defendants,
5                                 CITY OF VALLEJO, SEAN KENNEY
                                and ERIC JENSEN
6

7  DATED: 11/25/13

8                                 FREDERICK MARC COOLEY
                                Plaintiff, in pro per

**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:   KELLY J. TRUJILLO**
Deputy City Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687

Attorneys for Defendants:
CITY OF VALLEJO, SEAN KENNEY, ERIC JENSEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FREDERICK MARC COOLEY,<br><br>　　　　　Plaintiff,<br>v.<br><br>CITY OF VALLEJO, SEAN KENNEY #620, and ERIC JENSEN #574<br><br>　　　　　Defendants. | Case No. 2:12-CV-00591-AC<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL** |

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

DATED: _____         _____
　　　　　　　　　　　　　　　　　　Judge of the United States District Court

PROOF OF SERVICE

*Frederick Marc Cooley v. City of Vallejo, et al.*
USDC, Eastern District, Sacramento Division, Case No. 2:12-CV-00591-AC

I am over the age of 18 and not a party to the within entitled action. I am employed as a Legal Secretary for the City Attorney's Office, City of Vallejo and my business address is City Hall, 555 Santa Clara Street, Vallejo, California 94590.

On the date set forth below, I served the document(s) herein on all interested parties to said action by the following means:

[ ]   **BY MAIL:** By placing a true copy thereof, enclosed in a sealed envelope, for collection and mailing on that date following ordinary business practices, at the Office of the City Attorney, City of Vallejo, City hall, 555 Santa Clara Street, Vallejo, CA 94590, addressed as shown below. I am readily familiar with the City government's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the United States Postal Service on that same day it was placed for collection and processing, with postage thereon fully prepaid, in the ordinary course of business. Said envelope was addressed to the parties as shown below.

[X]   **BY PERSONAL SERVICE:** By causing a true copy thereof to be delivered by hand to Frederick Marc Cooley at the address shown below:

[ ]   **BY ELECTRONIC TRANSMISSION:** By sending a true copy thereof via e-mail to the person(s) at the e-mail address(es) as shown below. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

DOCUMENT(S) SERVED:   STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL

ADDRESSEE(S):   OFFICE OF THE CITY OF ATTORNEY
CITY OF VALLEJO
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590

I certify and declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on this 25th day of November 2013, at Vallejo, California.

_____
VANESSA GARCIA, Declarant