**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:   KELLY J. TRUJILLO**
Deputy City Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687

Attorneys for Defendants:
CITY OF VALLEJO, SEAN KENNEY, ERIC JENSEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FREDERICK MARC COOLEY,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CITY OF VALLEJO, SEAN KENNEY #620, and ERIC JENSEN #574<br><br>　　　　　Defendants. | Case No. 2:12-CV-00591-LKK-AC<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

DATED:  December 2, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT